1
Marc S. Stern                                    Honorable Ricardo S. Martinez
1825 NW 65th Street

2
Seattle, WA 98117
(206) 448-7996

3
marc@hutzbah.com

4
*Attorney for Defendants*

5

UNITED STATES DISTRICT COURT

6
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

8
DZ BANK AG DEUTSCHE ZENTRAL-         No. 2:14-cv-01133-RSJ
GENOSSENSCHAFTSBANK,

9
FRANKFURT AM MAIN, NEW YORK
BRANCH,                                          DEFENDANTS' MOTION FOR

10
                                                 SUMMARY JUDGMENT OF
              Plaintiff,                          DISMISSAL

11

12
        v.                                       NOTE ON MOTION CALENDAR:
                                                 MARCH 27, 2015

13
THE MEYER IRREVOCABLE TRUST,
INSURANCE CHOICES 4 U, INC., and

14
INSURANCE CHOICES FOR YOU,
INC.,

15
              Defendants.

16

17
        Defendants, The Meyer Irrevocable Trust, Insurance Choices 4 U, Inc., and Insurance

18
Choices for You, Inc. ("Defendants"), by and through counsel, move the court for an order

19
dismissing this case with prejudice.

20

21
                                           FACTS

22
        The Complaint herein (Dkt. #1 at p. 12, lines 21-23), seeks judgment in the amount of

23
$123,200.

24
        Said amount was tendered in full, including interest through January 30, 2015 at the rate

25
of 34¢ per day.

26
        The full amount sought in the Complaint has been paid in full.

27
////

28

DEFENDANTS' MOTION FOR SUMMARY                              **MARC S. STERN**
JUDGMENT OF DISMISSAL - 1                                   **ATTORNEY AT LAW**
Case No. 2:14-CV-01133-RSM                                  **1825 NW 65TH STREET**
SJ motion.wpd                                              **SEATTLE, WA 98117**
                                                           **(206)448-7996**

1

<u>ISSUE PRESENTED</u>

2

When Plaintiff has received the full amount pled in the Complaint herein, an Answer has

3

been filed, and the matter is proceeding, is dismissal of the Complaint proper if the full amount

4

sought in the Complaint is tendered and accepted by the Plaintiff?

5

<u>LEGAL ARGUMENT</u>

6

7

*Randall v. Gerrick*, 93 Wash. 522, 161 P. 357 (Wash. 1916), the court stated:

8

> It is the settled rule in this state that the acceptance of money in
> satisfaction of a claim against one joint tort-feasor, even with a
> reservation that it is not to be considered as a release of another

9

> joint tort-feasor, operates to release the latter. *Abb v. Northern*

10

> *Pacific Ry. Co.*, 28 Wash. 428, 68 Pac. 954, 58 L. R. A. 293, 92
> Am. St. Rep. 864.

11

12

The effect of *Randall* has been mitigated in Washington by the adoption of the Uniform

13

Comparative Fault Act, RCW 4.22.010 *et. seq.*  However, intentional acts are not included in the

14

statutory definition of "fault" in the contributory and comparative fault statutes, and, thus, a

15

negligent tortfeasor is not entitled to apportion liability to an intentional tortfeasor.  *Tegman v.*

16

*Accident & Medical Investigations, Inc.*, 107 Wash.App. 868, 30 P.3d 8 (2001), *review granted*

17

*in part,* 145 Wash.2d 1034, 43 P.3d 21, *remanded,* 150 Wash.2d 102, 75 P.3d 497.

18

<u>CONCLUSION</u>

19

20

In this case the Complaint requests relief of $123,200, a specific sum, from the

21

Defendants for receipt of a fraudulent conveyance.  It does not request any other amount.  The

22

entire sum has been paid.  This constitutes a release, and the Defendants are entitled to a

23

judgment of dismissal as a matter of law.

24

DATED this March 4, 2015.

25

*s/ Marc S. Stern*

26

Marc S. Stern, WSBA #8194
Attorney for Defendants

27

28

DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OF DISMISSAL - 2
Case No. 2:14-CV-01133-RSM
SJ motion.wpd

1

<u>CERTIFICATE OF SERVICE</u>

2

3

The undersigned states that on March 4, 2015, the document to which this certificate is attached was electronically filed with the above-entitled Court using the CM/ECF system and all parties were notified via ECF notification.

4

5

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

6

7

8

DATED this March 4, 2015.

9

*s/ Tanya Bainter*
Tanya Bainter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OF DISMISSAL - 3
Case No. 2:14-CV-01133-RSM
SJ motion.wpd

Marc S. Stern
Attorney at Law
1825 NW 65th Street
Seattle, WA 98117
(206)448-7996