|  |  |
|---|---|
| Marc S. Stern<br>1825 NW 65th Street<br>Seattle, WA 98117<br>(206) 448-7996<br>marc@hutzbah.com | Honorable Ricardo S. Martinez |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH,<br><br>       Plaintiff,<br><br>    v.<br><br>THE MEYER IRREVOCABLE TRUST, INSURANCE CHOICES 4 U, INC., and INSURANCE CHOICES FOR YOU, INC.,<br><br>       Defendants. | No. 2:14-cv-01133-RSM<br><br>DECLARATION OF MARC S. STERN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF DISMISSAL |

Marc S. Stern declares under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

1. I am the attorney for the Defendants above-named and have actual knowledge of the matters hereinafter set forth.

2. Attached hereto as **Exhibit 1** is a copy of my letter dated January 14, 2015 to Plaintiff's counsel enclosing my trust account check in the amount of $123,290. The letter explains how the amount was calculated.

3. Attached hereto as **Exhibit 2** is a redacted copy of the check showing that it has cleared my trust account.

4. Attached hereto as **Exhibit 3** is a copy of the satisfaction of the judgment.

DECLARATION OF MARC S. STERN IN
SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OF DISMISSAL - 1
SJ dec - marc.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206)448-7996**

1    5.    Plaintiff's Complaint, as filed, seeks damages and judgment in the amount of $123,200. Said amount, plus interest at the rate of 34¢ per day, was tendered to Plaintiff on January 14, 2015, the date of my letter, *see* Exhibit 1.

Executed under penalty of perjury at Seattle, Washington on March 4, 2015.

                                      *s/ Marc S. Stern*
                                      Marc S. Stern

## CERTIFICATE OF SERVICE

The undersigned states that on March 4, 2015, the document to which this certificate is attached was electronically filed with the above-entitled Court using the CM/ECF system and all parties were notified via ECF notification.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this March 4, 2015.

                                      */s/ Tanya Bainter*
                                      Tanya Bainter

DECLARATION OF MARC S. STERN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF DISMISSAL - 2
SJ dec - marc.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
1825 NW 65TH STREET
SEATTLE, WA 98117
(206)448-7996

# EXHIBIT 1

# M<small>ARC</small> S. S<small>TERN</small>
Attorney at Law
1825 NW Sixty Fifth Street
Seattle, Washington 98117

---

(206) 448-7996  Fax: (206) 297-8778
E-Mail: marc@hutzbah.com

January 14, 2015

Michael W. Johns
Roberts Johns Hemphill
7525 Pioneer Way, Suite 202
Gig Harbor, WA 98335

    Re:   DZ Bank v. Louis Meyer and Lynn Mever
            Adversary No. 13-01036-KAO

Dear Mr. Johns:

    Enclosed please find my trust account check in the sum of $123,290. This represents the judgment of $123,200 with interest almost through the end of the month. Interest accrues at the rate of 34¢ per day, and the entire judgment with interest through today is $123,284.38.

    This was calculated using http://www.postjudgmentinterest.com and a print out of the page is attached. Using the old fashioned way, the federal judgment interest rate on the date of the judgment was .10%. A copy of a printout from one court's website (http://www.utd.uscourts.gov/documents/int2014.html) is attached showing the number. The judgment amount of $123,200 times .10% divided by 365 produces a per diem of 34¢. This times the 250 days since entry of the judgment produces the same result.

    Please send me a Satisfaction of Judgment and advise which courts the judgment may have been transcribed or filed. Also, please dismiss the other lawsuits filed by your client to collect this amount.

    Thank you for your prompt attention to this matter.

Sincerely yours,

*/s/ Marc S. Stern*

Marc S. Stern

MSS:tb

Enclosures:
    Trust account check in the sum of $123,290
    Interest Rate Sheet from Court
    Interest Rate calculation

cc: Louis and Lynn Meyer

judgment letter to johns.wpd

# EXHIBIT 2



# EXHIBIT 3

The Honorable Karen A. Overstreet
Chapter 7

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>LOUIS PHILLIPUS MEYER and LYNN MEYER,<br><br>Debtors. | Case No. 12-17379<br><br>Chapter 7 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS PHILLIPUS MEYER and LYNN MEYER,<br><br>Defendants. | Adversary No. 13-01036-KAO<br><br>**SATISFACTION OF JUDGMENT** |

**JUDGMENT SUMMARY**

Judgment Creditor:   DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH

SATISFACTION OF JUDGMENT -- 1

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

| | |
|---|---|
| Attorneys for Judgment Creditor: | Alex Darcy and Michael Debre, Askounis & Darcy, PC<br>444 N. Michigan Ave.<br>Suite 3270<br>Chicago, IL 60611 |
| | Michael W. Johns<br>Roberts Johns & Hemphill PLLC<br>7525 Pioneer Way Suite 202<br>Gig Harbor, Washington 98335 |
| Judgment Entry Date: | May 9, 2014 |
| Judgment Debtors: | LOUIS PHILLIPUS MEYER and LYNN MEYER |

I, MICHAEL W. JOHNS of ROBERTS JOHNS & HEMPHILL, PLLC, attorneys for the Plaintiff W DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH, acknowledge payment in the amount of $123,290.00 by the judgment debtors LOUIS PHILLIPUS MEYER and LYNN MEYER, made in satisfaction of the judgment entered by the Honorable Karen A. Overstreet on or about May 9, 2014, under Adversary No. 13-01036-KAO. **As Plaintiff has appealed the judgment on the grounds that the damages awarded are inadequate, Plaintiff's acceptance of payment of the amount of the unsatisfactory judgment does not amount to an accord and satisfaction of the entire claim.**

SATISFACTION OF JUDGMENT -- 2

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

```
 1
 2
 3
            DATED this  20  day of February, 2015.
 4
 5
                              ROBERTS JOHNS & HEMPHILL, PLLC
 6
 7                            By: _____
                                  Michael W. Johns, WSBA No. 22054
 8                                Attorneys for Plaintiff
 9
10          SIGNED AND SWORN to before me this  20th  day of February, 2015.
11
12
                                  _____
13                                NOTARY PUBLIC in and for the
                                  State of Washington, residing at
14                                 Yelm, WA
                                  My Commission Expires:  9-4-17
15
16
17
18
19
20
21
22
23
24
25
26    SATISFACTION OF JUDGMENT -- 3        ROBERTS JOHNS & HEMPHILL, PLLC
                                              7525 PIONEER WAY, SUITE 202
                                              GIG HARBOR, WASHINGTON 98335
                                              TELEPHONE (253) 858-8606
                                              FAX (253) 858-8646
```

<u>Certificate of Service</u>

I hereby certify that a copy of *DZ Bank's Satisfaction of Judgment* was served on the Defendants on February 20, 2015, through their counsel, using the Court's ECF system.

<u>/s/ Michael W. Johns</u>
Michael W. Johns, WSBA#22054

SATISFACTION OF JUDGMENT -- 4

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646